Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
**MANNING LAW, APC**
20062 S.W. Birch Street, Suite 200
Newport Beach, CA 92660
Office: (949) 200-8755
DisabilityRights@manninglawoffice.com

Attorneys for Plaintiff SUZANNE NA PIER

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE NA PIER, an individual, <br><br> Plaintiff, <br><br> v. <br><br> RAM MAFATAL PRAJAPATI, an individual; JERRY KAE KIL PARK and JULIE NACK JOO PARK, individually and as trustees of THE JERRY J.K. PARK AND JULIE N.J. PARK LIVING TRUST, UTD DATED DECEMBER 3, 2007; and DOES 1-10, inclusive, <br><br> Defendants. | CASE No.: 8:21-cv-00252-JLS-DFM <br><br> **Plaintiff's Application for Default Judgment by Court as to Defendants RAM MAFATAL PRAJAPATI, an individual; JERRY KAE KIL PARK and JULIE NACK JOO PARK, individually and as trustees of THE JERRY J.K. PARK AND JULIE N.J. PARK LIVING TRUST, UTD DATED DECEMBER 3, 2007** <br><br> Hon. Josephine L. Staton <br><br> Date:    January 7, 2022 <br> Time:    10:30 a.m. <br> Ctrm:    10A |

To Defendants RAM MAFATAL PRAJAPATI, an individual; JERRY KAE KIL PARK and JULIE NACK JOO PARK, individually and as trustees of THE JERRY J.K. PARK AND JULIE N.J. PARK LIVING TRUST, UTD DATED DECEMBER 3, 2007, an individual, and its attorneys of record, if any: Please take notice that on January 7, 2022 at 10:30 a.m. or as soon thereafter as this matter may be heard by this Court located at 411 W. Fourth Street, Courtroom 10A, Santa Ana, CA

PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT

92701, Plaintiff SUZANNE NA PIER will present her application for default judgment against Defendants RAM MAFATAL PRAJAPATI, an individual; JERRY KAE KIL PARK and JULIE NACK JOO PARK, individually and as trustees of THE JERRY J.K. PARK AND JULIE N.J. PARK LIVING TRUST, UTD DATED DECEMBER 3, 2007 ("Defendants"). The Clerk entered default as to Defendant RAM MAFATAL PRAJAPATI on May 6, 2021 and as to Defendants JERRY KAE KIL PARK and JULIE NACK JOO PARK, individually and as trustees of THE JERRY J.K. PARK AND JULIE N.J. PARK LIVING TRUST, UTD DATED DECEMBER 3, 2007, on June 8, 2021.

Plaintiff received a letter purportedly from Defendant JERRY KAE KIL PARK on June 17, 2021 in *pro per* claiming that repairs had been made to the Subject Property. The letter included two photos depicting the purported repairs. However, the barriers complained of by the Plaintiff remain apparent in the photos despite Defendant's purported repairs. Plaintiff has had no further contact with Defendant.

At the time and place of the hearing, Plaintiff will present proof of the following matters; (1) Defendants are neither minors nor incompetent persons nor in military service or otherwise exempted under the Soldier and Sailor's Relief Act of 1940; (2) Defendants have not appeared in this action; and (3) Plaintiff is entitled to judgment against Defendants on account of the claims pleaded in the complaint, to wit: a violation of the Americans with Disabilities Act, including violations of the 2010 ADAAG Sections 406.5, 406.1, and 502.4.

Plaintiff seeks an Order directing Defendants to remediate and provide accessibility features that comport with the 2010 ADAAG for the property located at 18801 Pioneer Blvd., Artesia, CA 90701. Plaintiff further seeks attorneys' fees and costs as set forth in the attached declaration of Joseph R. Manning, Jr. and declaratory relief. This application is based on this notice, the declarations submitted in support of this motion, and other matters which may be presented at the hearing.

PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT

1  ///

2  ///

3  ///

4       Notice of this original application for default judgment by court was served on

5  Defendants RAM MAFATAL PRAJAPATI, an individual; JERRY KAE KIL PARK

6  and JULIE NACK JOO PARK, individually and as trustees of THE JERRY J.K.

7  PARK AND JULIE N.J. PARK LIVING TRUST, UTD DATED DECEMBER 3,

8  2007 on July 9, 2021, by first class United States Mail, postage prepaid.

9  Dated: July 9, 2021          **MANNING LAW, APC**

10

11                              By: _/s/ *Joseph R. Manning Jr.*_

12                                  Joseph R. Manning Jr., Esq.

13                                  Attorneys for Plaintiff

MANNING LAW, APC
20062 S.W. BIRCH ST., STE. 200
NEWPORT BEACH, CA 92660

PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT